| | |
|---|---|
| CHARLES B. SPROLES | 19TH JUDICIAL DISTRICT COURT |
| | DOCKET NO: C-11673 AG 639993-23 |
| VERSUS | |
| | PARISH OF EAST BATON ROUGE |
| MURPHY OIL USA, INC. AND LIBERTY MUTUAL FIRE INSURANCE COMPANY | STATE OF LOUISIANA |

FILED: _____

COST OK $ 55
C#21030
DEPUTY CLERK   JUL 06 2015
DEPUTY CLERK OF COURT

## MOTION AND ORDER FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come defendants, Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company, and move the Court for an extension of time within which to respond to plaintiff's Petition, and in support, respectfully suggest that defendants were served on June 18, 2015; that responsive pleadings are therefore due on July 6, 2015; that additional time is needed to investigate this claim; that this is the first extension of time requested; that the defendants request an additional 30 days, or until August 6, 2015, within which to gather information to properly respond to plaintiff's Petition; and that this extension will not delay trial of this matter.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Extension be granted, allowing Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company an additional 30 days or until August 6, 2015, within which to respond to plaintiff's Petition.

Signed this 7 day of July, 2015, in Baton Rouge, Louisiana.

_____
JUDGE

FILED
EAST BATON ROUGE PARISH
2015 JUL -6 PM 12:17
Whitley Francisco
DEPUTY CLERK OF COURT

EBR3133720

RECEIVED
ELEC' DUE 10 7 2015
SECTION XXIII

FAX COPY FILED 7/1/15
ORIGINAL FILED 7/6/15

1

**Exhibit "A"**

| | |
|---|---|
| CHARLES B. SPROLES | 19TH JUDICIAL DISTRICT COURT |
| | DOCKET NO: C-11673 AG |
| VERSUS | |
| | PARISH OF EAST BATON ROUGE |
| MURPHY OIL USA, INC. AND LIBERTY MUTUAL FIRE INSURANCE COMPANY | STATE OF LOUISIANA |

FILED: _____    _____
                                                              **DEPUTY CLERK**

## MOTION AND ORDER FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come defendants, Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company, and move the Court for an extension of time within which to respond to plaintiff's Petition, and in support, respectfully suggest that defendants were served on June 18, 2015; that responsive pleadings are therefore due on July 6, 2015; that additional time is needed to investigate this claim; that this is the first extension of time requested; that the defendants request an additional 30 days, or until August 6, 2015, within which to gather information to properly respond to plaintiff's Petition; and that this extension will not delay trial of this matter.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Extension be granted, allowing Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company an additional 30 days or until August 6, 2015, within which to respond to plaintiff's Petition.

Signed this _____ day of _____, 2015, in Baton Rouge, Louisiana.

_____
                                                              **JUDGE**

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ

By: _Elizabeth A. Rutledge_
ROBERT S. EMMETT (#23725)
ELIZABETH A. RUTLEDGE (#35994)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
remmett@bakerdonelson.com
erutledge@bakerdonelson.com

ATTORNEYS FOR DEFENDANTS,
MURPHY OIL-USA, INC. AND
LIBERTY MUTUAL FIRE
INSURANCE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all known plaintiff's counsel of record via U. S. Mail, hand delivery, facsimile and/or email, on this ___ day of July, 2015.

_Elizabeth A. Rutledge_
ELIZABETH A. RUTLEDGE

2

N O E ARO1 871737 v1
2940685-000407 07/01/2015

 **CT Corporation**

**Service of Process Transmittal**
06/18/2015
CT Log Number 527317368

TO: John Moore, General Counsel/Corp Secretary
Murphy USA Inc.
200 Peach St.
El Dorado, AR 71730

RE: **Process Served in Louisiana**

FOR: MURPHY OIL USA, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Charles B. Sproles, Pltf. vs. Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company, Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition, Request(s) |
| COURT/AGENCY: | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C639993 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/05/2015 - Murphy Oil Store #7405 in Vidalia, LA |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/18/2015 at 08:50 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after receipt |
| ATTORNEY(S) / SENDER(S): | Charles S. Norris, Jr.<br>Norris Law Firm, LLC<br>Post Office Box 400<br>8 North Oak Street<br>Vidalia, LA 71373<br>318-336-1999 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 06/18/2015, Expected Purge Date: 06/23/2015<br>Image SOP<br>Email Notification, John Moore john.moore@murphyusa.com<br>Email Notification, Greg Smith greg.smith@murphyusa.com<br>Email Notification, Connie Vaughn-Dunn connie.vaughn-dunn@murphyusa.com<br>Email Notification, Mark Wilson Mark.wilson@murphyusa.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| TELEPHONE: | 225-922-4490 |

Page 1 of 1 / VM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

2425-15-001129

# CITATION

| | |
|---|---|
| **CHARLES B SPROLES** (Plaintiff) | NUMBER C639993 SECTION 23 |
| | 19th JUDICIAL DISTRICT COURT |
| Vs. | PARISH OF EAST BATON ROUGE |
| **MURPHY OIL USA, INC., ET AL** (Defendant) | STATE OF LOUISIANA |

TO:   MURPHY OIL USA, INC
      THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEMS

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 15-JUN-2015.

*[signature]*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: CHARLES SHELBY NORRIS JR

Also attached are the following documents:
PETITION FOR DAMAGES; REQUEST FOR PRODUCTION OF DOCUMENTS

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:

**CT CORPORATION SYSTEMS:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

| | |
|---|---|
| SERVICE:  $_____ | |
| MILEAGE   $_____ | Deputy Sheriff |
| TOTAL:    $_____ | |

CITATION - 2425

EBR3129468

DATED
JUN 1 7 2015

STATE OF LOUISIANA * PARISH OF EAST BATON ROUGE

**SEC. 23**

19TH JUDICIAL DISTRICT COURT

CHARLES B. SPROLES            FILED: 039993

VERSUS

MURPHY OIL USA, INC. AND      DEPUTY CLERK              COST OK $ 040°
LIBERTY MUTUAL FIRE INSURANCE
COMPANY                                                  JUN 1 1 2015
                                                         C# 116073 AQ
                                                         DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

The petition of **Charles B. Sproles**, a resident of Concordia Parish, Louisiana, with respect represents:

1.

Made Defendants are:

a) **MURPHY OIL, USA, INC. ("MURPHY OIL")**, a foreign corporation whose principle business office in Louisiana is in East Baton Rouge Parish and whose Agent for Service of Process is C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La. 70808; and

b) **LIBERTY MUTUAL FIRE INSURANCE COMPANY, ("LIBERTY MUTUAL")**, a foreign corporation authorized to do and doing business in the State of Louisiana, whose Agent for Service of Process is Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

On July 5, 2015, Plaintiff Sproles pulled his vehicle alongside the gas pumps at the Murphy Oil store #7405 in Vidalia, La to purchase gasoline.

3.

As Plaintiff exited his vehicle to pump gas, he slipped in diesel fuel that was on the concrete, falling and suffering serious personal injuries, including a fracture to his elbow and injuries to discs in his spine, for which he is still receiving medical treatment.

4.

The diesel fuel on the concrete located at the above location presented an unreasonable risk of harm to Plaintiff for which the defendant Murphy Oil is responsible.

5.

On the date of Plaintiff's fall, the premises was owned by and was in the care, custody and control of defendant Murphy Oil.

REC'D C.P.

JUN 1 1 2015



Certified True and Correct Copy
cCertID: 000196367
Meredith Sehiro
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 6/12/2015 9:28 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

Plaintiff's fall and his injuries were caused by the fault of defendant Murphy Oil as follows:

a. Allowing diesel fuel to remain on the concrete of the premises;

b. Failure to maintain the premises in a reasonably safe condition;

c. Failure to provide Plaintiff with a safe area to fuel his vehicle;

d. Exposing Plaintiff to unreasonable risks of injury or harm;

e. Failure to warn Plaintiff of the spilled diesel fuel;

f. Maintaining the premises in an unsafe condition; and

g. Failure to exercise reasonable care under the circumstances.

7.

Plaintiff seeks damages for the following:

a. Physical pain and suffering, past and future;

b. Mental anguish, worry, anxiety and inconvenience, past and future;

c. Medical expenses, past and future;

d. Permanent anatomical impairments disabilities and/or scarring; and

e. Loss of enjoyment of life.

8.

At all times pertinent herein, defendant Liberty Mutual had issued to defendant Murphy Oil a policy of liability insurance which was in full force and affect at the time of the accident and which provided coverage to defendant Murphy Oil for the damages sought by Plaintiff.

9.

Attached hereto is discovery directed to all defendants to be answered within the delays provided by law.

**WHEREFORE, PLAINTIFF PRAYS** that service and citation be issued to the defendants herein and that after all legal delays and due proceedings that there be judgment herein in favor of the Plaintiff, **Charles B. Sproles**, against defendants, **Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company** for such damages that are reasonable in the premises, with legal interest on each award thereon from date of judicial demand until paid, and for all costs of this proceedings.

RESPECTFULLY SUBMITTED,
NORRIS LAW FIRM, LLC

_____
CHARLES S. NORRIS, JR., BAR # 10055
CHRISTOPHER J. NORRIS, BAR # 34696



Certified True and Correct Copy
eCertID: 000196367

Meredith Schiro
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/12/2015 9:28 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

POST OFFICE BOX 400
8 NORTH OAK STREET
VIDALIA, LA 71373
TELEPHONE: (318) 336-1999
FACSIMILE: (318) 336-5801
EMAIL: chuck@norrisattys.com
EMAIL: chris@norrisattys.com

**SERVICE INFORMATION:**
**SEE PARAGRAPH 1 ABOVE**

CIVIL
- ☒ 01-DAMAGES
- ☐ 02-CONTRACT
- ☐ 03-PRISONER SUIT
- ☐ 04-EXECUTORY PROCESS
- ☐ 05-SUIT ON NOTES
- ☐ 06-EVICTION
- ☐ 07-WORKMENS COMPENSATION
- ☐ 08-JUDICIAL REVIEW
- ☐ 09-PROPERTY RIGHTS
- ☐ 10-INJUNCTION MANDAMUS



Certified True and Correct Copy
eCertID: 000196367

Meredith Schiro
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/12/2015 9:28 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**STATE OF LOUISIANA * PARISH OF EAST BATON ROUGE**

**19TH JUDICIAL DISTRICT COURT**

| | |
|---|---|
| **CHARLES B. SPROLES** | **FILED:**_____ |
| **VERSUS** | |
| **MURPHY OIL USA, INC. AND LIBERTY MUTUAL FIRE INSURANCE COMPANY** | **DEPUTY CLERK**_____ |

**REQUEST FOR PRODUCTION OF DOCUMENTS**

**TO:  LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Plaintiff, Charles B. Sproles, hereby requests that the Defendant, Liberty Mutual Fire Insurance Company, produce for inspection and copying, the items described hereinbelow, in accordance with Article 1461 of the Louisiana Code of Civil Procedure, within the delays provided by law, at the office of Norris Law Firm, LLC, 8 N. Oak St., Post Office Box 400, Vidalia, Louisiana, 71373 or such other place as may be agreed upon.

**REQUEST FOR PRODUCTION NO. 1:**

A copy of all policies of insurance which may provide insurance coverage to Defendant Murphy Oil USA, Inc., for any liability it may have in this proceeding.

**REQUEST FOR PRODUCTION NO. 2:**

Copies of all photographs of the site of Plaintiff's fall, of Plaintiff and of the diesel fuel spill at issue herein.

**REQUEST FOR PRODUCTION NO. 3:**

A copy of all videos for 30 minutes before Plaintiff's fall, the time of Plaintiff's fall and 30 minutes after Plaintiff's fall.

**REQUEST FOR PRODUCTION NO. 4:**

Copies of all statements given as a result of Plaintiff's fall.

**REQUEST FOR PRODUCTION NO. 5:**

Copies of all accident/incident reports created as a result of Plaintiff's fall.

This ___5th___ day of June, 2015.

RESPECTFULLY SUBMITTED:
NORRIS LAW FIRM, LLC

_____
CHARLES S. NORRIS, JR., BAR # 10055
CHRISTOPHER J. NORRIS, BAR # 34696
POST OFFICE BOX 400

Certified True and Correct Copy
eCertID: 000196368

_Meredith Schiro_
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/12/2015 9:28 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8 NORTH OAK STREET
VIDALIA, LA 71373
TELEPHONE: (318) 336-1999
FACSIMILE: (318) 336-5801
EMAIL: chuck@norrisattys.com
EMAIL: chris@norrisattys.com

**ATTORNEYS FOR PLAINTIFF**

Certified True and Correct Copy
eCertID: 000196368

_Meredith Schiro_
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/12/2015 9:28 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE OF LOUISIANA * PARISH OF EAST BATON ROUGE

## 19TH JUDICIAL DISTRICT COURT

**CHARLES B. SPROLES**                         FILED:_____

**VERSUS**

**MURPHY OIL USA, INC. AND**                  DEPUTY CLERK
**LIBERTY MUTUAL FIRE INSURANCE**
**COMPANY**

## REQUEST FOR PRODUCTION OF DOCUMENTS

**TO: MURPHY OIL USA, INC.**

Plaintiff, **Charles B. Sproles**, hereby requests that the Defendant, Murphy Oil USA, Inc., produce for inspection and copying, the items described hereinbelow, in accordance with Article 1461 of the Louisiana Code of Civil Procedure, within the delays provided by law, at the office of Norris Law Firm, LLC, 8 N. Oak St., Post Office Box 400, Vidalia, Louisiana, 71373 or such other place as may be agreed upon.

### REQUEST FOR PRODUCTION NO. 1:

A copy of all policies of insurance which may provide insurance coverage to you for any liability you may have in this proceeding.

### REQUEST FOR PRODUCTION NO. 2:

Copies of all photographs of the site of Plaintiff's fall, of Plaintiff and of the diesel fuel spill at issue herein.

### REQUEST FOR PRODUCTION NO. 3:

A copy of all videos for 30 minutes before Plaintiff's fall, the time of Plaintiff's fall and 30 minutes after Plaintiff's fall.

### REQUEST FOR PRODUCTION NO. 4:

Copies of all statements given as a result of Plaintiff's fall.

### REQUEST FOR PRODUCTION NO. 5:



A copy of all records showing all clean up procedures completed by you or your employees 30 minutes before Plaintiff's fall and 30 minutes after Plaintiff's fall.

### REQUEST FOR PRODUCTION NO. 6:

A copy of all your policies and procedures concerning the handling of diesel spills at your store at issue herein.

Certified True and Correct Copy
eCertID: 000196370


Meredith Schiro
East Baton Rouge Parish
Deputy Clerk of Court


Generated Date:
6/12/2015 9:28 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NO. 7:**

Copies of all accident/incident reports created as a result of Plaintiff's fall.

This 5th day of June, 2015.

                                  RESPECTFULLY SUBMITTED:
                                  NORRIS LAW FIRM, LLC

                                  ZK
                                  CHARLES S. NORRIS, JR., BAR # 10055
                                  CHRISTOPHER J. NORRIS, BAR # 34696
                                  POST OFFICE BOX 400
                                  8 NORTH OAK STREET
                                  VIDALIA, LA 71373
                                  TELEPHONE: (318) 336-1999
                                  FACSIMILE: (318) 336-5801
                                  EMAIL: chuck@norrisattys.com
                                  EMAIL: chris@norrisattys.com

                                  **ATTORNEYS FOR PLAINTIFF**



EAST [...] 
2015 JUN 11 AM 8: 52
DEPUTY CLERK OF COURT



Certified True and Correct Copy
eCertID: 000196370



Meredith Schiro
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/12/2015 9:28 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).