UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES B. SPROLES** | * | CIVIL ACTION NO. 3:15-cv-00475 |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | JUDGE BRIAN A. JACKSON |
| v. | * | |
| | * | |
| **MURPHY OIL USA, INC. AND LIBERTY** | * | |
| **MUTUAL FIRE INSURANCE COMPANY** | * | MAG. JUDGE |
| | * | RICHARD L. BOURGEOIS, JR. |
| Defendants. | * | |

## JOINT MOTION TO DISMISS

NOW INTO COURT, come Plaintiff and Defendants who, upon advising this Honorable Court that this matter has been settled, hereby jointly move this Honorable Court for an order dismissing this matter, with prejudice, with each party to bear its own costs.

s/Charles S. Norris, Jr.  
Charles S. Norris, Jr. (TA) # 10055  
Christopher J. Norris # 34696  
P.O. Box 400, Vidalia, LA 71373  
Phone: (318) 336-1999  
Fax: (318) 336-5801  
Email: chuck@norrisattys.com  
Email: chris@norrisattys.com  

COUNSEL FOR PLAINTIFF  
CHARLES B. SPROLES  

s/Robert S. Emmett  
Robert S. Emmett, (TA) #23725  
Kimberly C. Delk #28018  
Baker, Donelson, Bearman, Caldwell & Berkowitz  
Phone: (504) 566-5200  
Fax: (504) 636-4000  
Email: remmett@bakerdonelson.com  
Email: kdelk@bakerdonelson.com  

COUNSEL FOR MURPHY OIL-USA, INC. &  
LIBERTY MUTUAL FIRE INSURANCE  
COMPANY  

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

s/Christopher J. Norris  
Christopher J. Norris