UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES B. SPROLES | CIVIL ACTION |
| VERSUS | |
| MURPHY OIL USA, INC., AND LIBERTY MUTUAL FIRE INSURANCE COMPANY | NO.: 15-00475-BAJ-RLB |

## ORDER

IT IS ORDERED that the **Joint Motion to Dismiss (Doc. 35)** is **GRANTED**.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2), **Plaintiff's claims** are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 16th day of February, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**